No. 407. Anna Siegel, Plaintiff in Error, v. The New York and Harlem Railroad Company et al.; No. 453. Hedewig Kriete, Plaintiff in Error, v. The New York and Harlem Railroad Company et al.; No. 454. David W. O'Neil et al., Plaintiffs in Error, v. The New York and Harlem Railroad Company et al; and No. 493. Franziska Schalz, Plaintiff in Error, v. The New York and Harlem Railroad Company et al.   In error to the Supreme Court of the State of New York.   Argued January 15 and 16, 1906.  Decided January 19, 1906.  *Per Curiam.*  Judgments reversed with costs, and cases remanded for further proceedings not inconsistent with the opinions of this court in *Muhlker* v. *New York and Harlem Railroad Company*, 197 U. S. 544; *Birrell* v. *New York and Harlem Railroad Company*, 198 U. S. 390; *Kierns* v. *New York and Harlem Railroad Company*, 198 U. S. 390.   *Mr. L. M. Berkeley* and *Mr. Charles A. Hess* for plaintiffs in error.   *Mr. Edward Winslow Paige* and *Mr. Ira A. Place* for defendants in error.

---

No. 222. Joshua W. Darden, Plaintiff in Error, v. The State of Arkansas.   In Error to the Supreme Court of the State of Arkansas.   Motions to dismiss or affirm submitted February 19, 1906.   Decided February 26, 1906.   *Per Curiam.* Dismissed for the want of jurisdiction.   *Schlosser* v. *Hemphill*, 198 U. S. 173; *Haseltine* v. *Bank*, 183 U. S. 130; *California National Bank* v. *Stateler*, 171 U. S. 447; Kirby's Digest Statutes of Arkansas, § 1790.   *Mr. Joe T. Robinson* for plaintiff in error.   *Mr. Thomas B. Martin* for defendant in error.